IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED
H. REGINA THOMAS,
CLERK

2010 AUG 20 PM 2:54

DEPUTY CLERK

In re:

CORNERSTONE MINISTRIES
INVESTMENTS, INC.

Debtor.

Case No. 08-20355

CHAPTER 11

JUDGE BRIZENDINE

PAUL L. SHICK, TRUSTEE
For V.E. JANE MAYBRAY
CLAIM NO. 1555 & LISTED IN
EXHIBIT A – AMOUNT $25,837.50
    Objector
    vs.

CONTESTED MATTER

PLAN ADMINISTRATOR RONALD GLASS
AND
CLAIMS BASED ON DEBTORS BOOKS
AND RECORDS

<u>NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIMS
IDENTIFIED IN EXHIBIT "A" OF DEADLINE FOR FILING RESPONSE AND
OF PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING IN
WHOLE OR IN PART CLAIMS LISTED IN EXHIBIT "A" BASED ON THE
DEBTOR'S BOOKS AND RECORDS</u>

**PLEASE TAKE NOTICE** that Paul L. Shick, Trustee for V.E. & Jane

Maybray under claim No. 1555 listed in Exhibit A, objects to the modified claim amount

$-0-. Based on other claims and the apparent arbitrary percentage applied, claim No.

1555 should receive a fair share of the allocated assets. Since said claim is unsecured

like all claims in schedule "A", objector can see no rationale to paying $–0- in settling

said claim.

## RELIEF REQUESTED

Paul L. Shick, Trustee for V. E. & Jane Maybray under claim #1555 listed in Exhibit A asks the court to disallow the amount $-0-, and to request the plan administrator to respond with a fair percentage even to the extent of being uniform to all claimants rather than arbitrary.

*Paul L. Shick*
Paul L. Shick, Trustee
401 Hocutt Road
Durham, North Carolina 27703

Telephone: 919-491-5985
Email: plshick@yahoo.com

## CERTIFICATE OF SERVICE

I, Paul L. Shick, certify under penalty of perjury that I am over the age of 18 and that on August 18, 2010, I filed and served a copy of the V. E. & Jane Maybray claim #1555 objection to Plan Administrator's **SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING IN WHOLE OR IN PART CLAIMS LISTED IN EXHIBIT "A: BASED ON THE DEBTOR'S BOOKS AND RECORDS.**

Additionally, I hereby certify that on August 18, 2010 copies of the foregoing were sent to:

U. S. Bankruptcy Court for the Northern District Georgia, Gainesville Division, U. S. Courthouse, 121 Spring Street, S.E., Room 120, Gainesville, Georgia 30501.

V. E. & Jane Maybray
98 Fairview East
Tequesta, Florida 33469-1943

David J. Marmins
Georgia Bar No. 470630
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd., Suite 700
Atlanta, Georgia 30308

*/s/ Paul L. Shick*
Paul L. Shick
401 Hocutt Road
Durham, North Carolina 27703
Telephone: 919-491-5985
Email: plshick@yahoo.com