FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

M. REGINA THOMAS,
CLERK

| | | |
|---|---|---|
| In re: | ) | Case No. 08-20355-REB |
| | ) | |
| CORNERSTONE MINISTRIES | ) | CHAPTER 11 |
| INVESTMENTS, INC. | ) | |
| | ) | JUDGE BRIZENDINE |
| Debtor | ) | |
| | ) | |
| | ) | |
| PLAN ADMINISTRATOR RONALD | ) | |
| GLASS, | ) | |
| Objector. | ) | |
| | ) | |
| Vs. | ) | CONTESTED MATTER |
| | ) | |
| NO SUPPORTING DOCUMENTATION | ) | |
| CLAIMS, see Exhibit "A", | | |
| Claimants | | |

## CLAIMANT WILLIAM R. TRABULSIE'S OBJECTION TO THE DISALLOWANCE OF HIS CLAIM DUE TO NO SUPPORTING DOCUMENTATION

(1) Claimant William R. Trabulsie, see Exhibit "A" #22, when notified of Debtor's Filing of Chapter 11, did file a Proof of Claim form on May 28, 2008.
(2) Claimant did not attach any supporting documentation as to his claim at that time due to misunderstanding and inadvertence.
(3) Claimant relied on his belief that the books and records of the Debtor would surely show his investment and support his claim. He mistakenly believed that those books and records would be sufficient supporting documentation.
(4) Claimant does have supporting documentation in his possession and is attaching this documentation of his original purchase of $30,000 for a 5 year bond and a statement of the value of said investment.
(5) Claimant William R. Trabulsie does ask this Court to allow the filing of his supporting documentation at this time so that he can fairly be included in any possible payment of Creditors' claims.

WHEREFORE, Claimant William R. Trabulsie does respectfully ask this Court to deny the disallowance of his claim (Exhibit "A", claim # 22) due to no supporting documentation, allow the filing of his supporting documentation and allow his claim.

This 23rd day of August, 2010

By Creditor

William R. Trabulsie
21 Merritt Street
West Bridgewater, Ma
02379.
Tel: (508) 586-3171

## CERTIFICATE OF SERVICE

I, William R. Trabulsie, certify under pains and penalty of perjury that I am over the age of 18 and that on August 23, 2010, I filed <u>CLAIMANT WILLIAM R. TRABULSIES'S OBJECTION TO THE DISALLOWANCE OF HIS CLAIM DUE TO NO SUPPORTING DOCUMENTATION</u> with the Clerk of the Bankruptcy Court at the following address: U.S. Bankruptcy Court for the Northern District Georgia, Gainsville Division, U.S. Courthouse, 121 Spring Street, S.E., Room 120, Gainesville, Georgia 30501 by Postal priority mail and sent a copy to David J. Marmins as Attorney for Plan Administrator, Ronald Glass, at BALCH & BINGHAM LLP at the following address: 30 Ivan Allen Jr. Blvd, NW, Suite 700, Atlanta Georgia 30308 by Postal priority mail.

Dated: August 23, 2010

*William R. Trabulsie*
William R. Trabulsie
21 Merritt Street
West Bridgewater, Ma. 02379
Tel (508) 586-3171

# CONFIRMATION OF PURCHASE

**Cornerstone Ministries Investments, Inc.**
2450 Atlanta Highway, Suite 903, Cumming, GA 30040
(678) 455-1100

### BOOK ENTRY

(Certificates are not issued, but entered as book entry at
Transfer Online, Portland, Oregon)

Thanks for your partnership with us!  Your investment is confirmed as follows:

**REGISTRATION:**
NFS LLC /FMTC FBO:
William R. Trabulsie, GA1-013919
200 Liberty St. 5 NY
New York                NY 10281

| AMOUNT: | ISSUE DATE: | MATURITY DATE: | CERTIFICATE #: |
|---|---|---|---|
| $30,000.00 | 8/16/2004 | 7/1/2009 | 6361 |

**TYPE OF CERTIFICATE:**

| | |
|---|---|
| Rate: | 8.25% |
| Payment Schedule: | Monthly |
| Compounding Schedule: | None |

*CONFIRMATION STATEMENT*

**OTHER REMARKS:**
Repple-Siegel



# BOND PURCHASE AGREEMENT
(For assistance in filling out this form, please see the reverse side)

**Cornerstone Ministries Investments, Inc.**
2450 Atlanta Highway, Suite 903
Cumming, GA 30040
(678) 455-1100

Please issue a Cornerstone Ministries Investments, Inc. Bond in the amount and name shown below. I have received the Prospectus. I certify (i) that the number shown on this form is my correct taxpayer identification number, and (ii) that I am not subject to backup withholding.

Signature: (X) _William R. Trabulsi_ Date _8/2/04_

Signature: _____ Date _____

Enclosed is payment for purchase of the Bond:

WRCT

Graduated Bond: $_____ Interest paid monthly (for investments of $10,000 or more) _____
(minimum $500)  $30,000  semi-annually _____ compounded _____

Five-Year Bond: $ _8 1/4 %_ Interest paid monthly (for investments of $10,000 or more) _____
(minimum $500)  semi-annually _____ compounded _____  ✓ MONTHLY

CUSIP 218921BL7

**Make checks payable to: Cornerstone Ministries Investments, Inc.**

Register the Bond in the following name(s):

Name(1) _WILLIAM R. TRABULSIE_ Social Security or Taxpayer ID number ▓▓▓▓ Birthdate ▓▓▓▓

Name(2) _____ Social Security or Taxpayer ID number _____

As (check one):
- Individual ✓
- Joint Tenants ___
- Transfer on Death ___ (attach instructions)
- Tenants in Common ___
- Custodial (owned by minors) ___
- Corporation ___
- Trust ___
- Other ___

**RETIREMENT ACCOUNT** (✓) Traditional IRA    ( ) Roth IRA    ( ) KEOGH    Custodian: _____

Mailing Address for the person(s) who will be registered Bond owner(s):

Address: _21 MERRITT ST._

City, State & Zip Code: _W. BRIDGEWATER, MA 02379_ e-mail address: _____

Telephone Number: Business: _508 942-3892_ Home: ▓▓▓▓

Yes, I want to save the cost of printing and mailing financial reports, proxy statements, and other documents. Please send all shareholder communications to my email address. Signature: _____

Please attach any special mailing instructions other than shown above
**NO SUBSCRIPTION IS EFFECTIVE UNTIL ACCEPTANCE**
You will be mailed a signed copy of this agreement to retain for your records.
Subscription accepted by Cornerstone Ministries Investments, Inc. and its sales representative:

Date _8/2/04_

Broker/Dealer _____ Broker _Alan P Siegel_

FILE COPY

How to Complete the Bond Purchase Agreement

# Make checks payable to: Cornerstone Ministries Investments, Inc.

*How can I purchase a Bond?* Personal check, bank check, or money orders are the only acceptable forms of payment. No cash or credit cards are accepted.

*Who should sign it?* The person who is making the decision to buy the Bond. This may be different from the person in whose name the Bond is being registered.

*Whose check can be used for payment?* It should be either an account in the name of the person signing this purchase agreement or the name(s) in which the Bond is to be registered. We can not, for instance, accept a check on a corporate bank account, where the registered Bond owner is to be an individual--unless there is an accompanying certified corporate resolution authorizing the use of corporate funds for that purpose.

*Can I buy a Bond for more than one person on the same form?* No. Make a copy of the form to use for an additional investment.

*How can I buy a Bond for a person who is under 18 years old?* There are Uniform Gift to Minors Acts in the states. The "Custodial" box can be checked and the Bond can be registered in a form like: "Jane Doe, as custodian for Minor Doe, under UGMA." The effect is that Jane Doe can sell the Bond, receive interest and otherwise manage the investment, until Minor Doe becomes 18. Then, Jane Doe can request a replacement Bond in Minor Doe's name. If you want some other legal arrangement, such as holding the Bond until the minor is older than 18, you would have to create a trust agreement, using a lawyer or a do-it-yourself guide. You would then check the "Trust" box and fill in the name something like: "Jane Doe, trustee for Minor Doe," or "Jane Doe, Trustee under Trust Agreement dated November 29, 1997."

*Can I purchase a Bond for an IRA or other retirement account?* If your trust agreement permits it--that's between the investors and their trustees. If your trust agreement does not permit it (many brokerage, mutual fund or bank trustees will not permit it), then you may choose to "roll over" or open a new account with another trustee.

*When do you begin earning interest?* You begin earning interest the day your payment is deposited into CMI's account.

Guide to registering investments

Joint Tenants: The Bond is jointly owned by two or more persons. If one person passes away, all of the Bond is transferred to the surviving partner(s).

Tenants In Common: The Bond is jointly owned by two or more persons. If one person passes away, half (or whatever fraction designated of the Bond) automatically goes to the deceased's estate and not to the surviving partner(s).

Transfer on Death: The Bond is transferred to designated individual(s) upon receipt of Certified Death Certificate. The registered owner is sole owner until death.

Trust: If you have an established Trust for yourself, Family or Children. Please be sure to include exact name of the Trust and the Trust's taxpayer ID number.

Custodial: Usually established for a minor, for a Guardian to maintain control of the Bond until the minor becomes of legal age (18). Registration should read as follows: Jane Doe as Custodian for Minor Doe under UGMA. Make sure to list the <u>minor's social security number</u>, not yours.

Other:  1) Partnership - Make sure to list Tax ID #
    2) IRA (Keogh, SEP or other retirement plan): Make sure your trust agreement allows for investments of this kind, check with your plan administrator. If not, you can establish a new IRA. Registration for all IRA's should read as follows: [(*Trustee or name of Plan*) as Trustee for Jane Smith IRA Account # _____]

# Subscription/Community Offering
# Request Form for IRA

GAI - 013919
(NFS Premiere Select IRA)

WILLIAM R. TRABULSIE
(IRA Owner Name)

This letter authorizes National Financial Service, LLC (NFS), as agent for Fidelity Management Trust Company Custodian (FMTC), to purchase for my IRA

30,000 number of shares of CORNERSTONE MINISTRIES INVESTMENTS, INC.

in the subscription offering thereof, at an aggregate purchase price of

$ 30,000.

I hereby direct NFS, LLC as agent for FMTC, to execute the subscription agreement for said offering and to take such other actions as are necessary to complete such subscription, including the delivery of payment for the purchase amount out of my IRA to the Managing Escrow Agent designated in the attached agreement.

I agree to indemnify and hold harmless FMTC and its agent, NFS, LLC, from any claims or losses that may occur as a result of this transaction.

X [signature]                                           8/2/04
(IRA Owner/s Signature)                                 (Date)

## Acknowledgement Form for Cornerstone Ministries Investments, Inc. Bonds

In consideration of my investment in the bond (also called a certificate of indebtedness) offered by Cornerstone Ministries Investments, Inc. (herein referred to as "CMI"), I acknowledge the following:

1) I understand that I am buying a corporate bond (certificate of indebtedness) issued by Cornerstone Ministries Investments, Inc. The bonds are not guaranteed or secured and are general obligations of Cornerstone Ministries Investments, Inc. However, I understand that the loans in the portfolio are secured by first and/or second mortgages on the underlying real property. I am not buying a certificate of deposit (CD) or other types of bank obligations.

2) I have received and read the effective prospectus, including the "Risk Factors" disclosed therein. I understand the following:
   a) CMI lends to churches and other non-profit projects that are dependent on contributions or other income from ministries. These projects could suffer a decline in contributions. If loan payments to CMI are delayed or uncollectible, CMI may not be able to pay investors on time.
   b) CMI could become unable to pay current interest, dividends, or principal repayments to investors if CMI takes over property for nonpayment and resells it. Each borrower must demonstrate to CMI its ability to pay interest and repay the principal in cash, in accordance with the loan terms. However, a loan foreclosure could happen, causing a loss of money because of the time and cost involved in selling the property. In its over nineteen-year history, CMI has not been forced to foreclose on any loans.
   c) CMI could lose income, or suffer loss on the sale of a property, if an uninsured event occurs. CMI requires comprehensive and extended insurance coverage on all buildings that secure their loans. However, insurance is often not available for certain types of losses.
   d) As with any company working in real estate, CMI could incur unexpected liability and/or costs due to environmental and regulatory laws or issues.
   e) CMI lends in smaller amounts, to borrowers in earlier stages of development, than conventional lenders. Therefore, CMI's loans are more costly to administer and may have higher risks of nonpayment than loans made by conventional lenders.
   f) A delay or inability to refinance a loan could reduce CMI's cash flow below their ability to pay interest and principal on certificates (bonds) or dividends on common stock.
   g) CMI receives cash from loan repayments, fees earned, and from the sale of common stock and certificates (bonds). A schedule of the years of maturity and amounts of CMI's certificates outstanding is contained in the prospectus.
   h) There is no public market for the bonds in this offering. There is no secondary trading market for bonds issued by CMI, and it is unlikely that one will develop. It may be difficult to recoup the principal investment in a CMI 8.25% five-year bond.

3) Redemption: I understand that owners of the five-year bonds may not redeem their bonds for cash before the maturity date. However, Cornerstone may consider a request for early redemption based on hardship or exceptional need for owners of bonds held for more than one year from the purchase date. If I choose to redeem, I would be subject to an early payment fee equal to six months of interest.

4) I understand that any tax advice should come from my accountant, CPA, or tax consultant. The registered representatives of G A Repple and Company, nor Cornerstone Ministries Investments, Inc. give tax or legal advice. I will consult with my own tax or legal advisor as I see fit.

5) I have met my needs and objectives. I fully understand the nature of this investment. I have determined that this investment is appropriate for my needs and objectives.

I have read and understand the disclosures made above. I also acknowledge that my advisor has explained these disclosures to me prior to my purchase.

_____    WILLIAM R. TRABULSIE    8/2/04
Signature of Investor              Printed Name                  Date

_____    _____    _____
Signature of Joint Investor        Printed Name                  Date

_____    ALAN P. SIEGEL               8/2/04
Signature of Representative      Representative Name          Date

**Statement**

Mr William R Trabulsie
21 Merritt Street
W Bridgewater, MA 02379

Mr Alan P Siegel
Alan Siegel Financial Services
50 Oliver Street, Suite 210
North Easton, MA 02356
508-238-0406

Combined Account Portfolio
Period:   03/01/2005-03/31/2005
Created: 08/12/2010

## Holdings by Investor

### William R Trabulsie

Acct Name: NFS/FMTC ROLLOVER IRA  FBO WILLIAM R TRABULSIE  21 MERRITT ST  W BRIDGEWATER        MA 02379
Acct No: GA1013919                                                                                                                       Acct Type: IRA – Rollover
Rep. No: APS

| Asset Name | Ticker | Asset Type | Mgt. Name | Quantity | Price($) | Value($) |
|---|---|---|---|---|---|---|
| CLASSIC SENIOR FLOATING-RATE FUND | ECFRX | BONDS | EATON VANCE | 643.44 | 9.39 | 6,041.89 |
| COMMONWEALTH INCOME & GROWTH FDS IV UNITLIMITED PARTNERSHIP | | BONDS | | 500.00 | 20.00 | 10,000.00 |
| CORNERSTONE MINISTRIES INVTS INC 8.250% 07/01/2009 CTF INDEBTEDNESS | | BONDS | | 30,000.00 | 0.99 | 29,908.90 |
| COUNTRYWIDE HOME LNS INC MEDIUM TERM NTS TRANCHE # TR 00287  5.625% 07/15/09 B/EDTD 07/22/02 | | BONDS | | 30,000.00 | 1.02 | 31,028.55 |
| EAGLES VIEW ACADEMY 1ST MTG BOND 5.500% 12/23/2007 SIMPLE 2003 SER A | | BONDS | | 7,000.00 | 0.97 | 7,503.53 |
| GENERAL MOTORS ACCEPTANCE CORP NOTE | | BONDS | | 30,000.00 | 0.96 | 29,280.00 |
| NORTH HEARTLAND CMNTY CHURCH 5.500% 10/15/2007 1STM-A CMPINT | | BONDS | | 10,000.00 | 0.99 | 9,942.30 |
| PRIME FUND CAPITAL RESERVES CLASS | FPRXX | CASH | FIDELITY FUNDS | 2,685.17 | 1.00 | 2,685.17 |
| PSEG ENERGY HLGDS INC SR NT     8.625% 02/15/08 B/EDTD 08/15/01 CLB | | BONDS | | 30,000.00 | 1.06 | 31,980.62 |
| WELLS REIT DR | WLRE | REAL ESTATE | WELLS REIT/LP PRODUCTS | 15,939.54 | 10.00 | 159,395.38 |
| WEST SIDE MISSIONARY BAPTIST 5.90000% 05/01/2010 1M BD03 CMPINT | | BONDS | | 10,000.00 | 0.99 | 11,054.73 |
| WESTMINSTER HSE 1M-03A SMPINT 7.500% 06/23/2013 | | BONDS | | 13,000.00 | 0.98 | 12,749.10 |
| | | | Account Total: | | | $341,570.18 |

Acct Name: ~~[redacted]~~

Acct No: ~~[redacted]~~                                                                                                                     Acct Type: Roth IRA
Rep. No: ~~[redacted]~~

| Asset Name | Ticker | Asset Type | Mgt. Name | Quantity | Price($) | Value($) |
|---|---|---|---|---|---|---|
| TIMOTHY PLAN CONSERVATIVE GROWTH A | TCGAX | BONDS | THE TIMOTHY PLAN | 504.23 | 10.00 | 5,042.30 |
| | | | Account Total: | | | $5,042.30 |