FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

SEP 02 2010 PM01:13

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

1 September 2010

U.S. Bankruptcy Court
Gainesville Division
U.S. Courthouse
121 Spring Street. S.E.
Room 120
Gainesville, GA.  30501

RE:  CORNERSTONE MINISTRIES INVESTMENTS, INC.
TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM

CASE No. 08-20355-REB

Dear Sirs,

I formally object to the relief sought by PLAN ADMINISTRATOR RONALD GLASS (Objector) in the noted filing above. I have receipts from Cornerstone Ministries Investments, Inc. for bonds purchased indicating the amounts paid and the associated bond numbers. Additionally I have statements from Cornerstone Ministries Investments, Inc. indicating the original invested principal, the purported accrued interest of the bonds and the current value. I do confirm that upon closer inspection of my documents that the $1,768.34 originally stated was incorrect as a result of including accrued interest indicated on statements. The original amount invested was in fact $1,717.91.

As to the basis of the claim, per Section 4b of the PROOF OF CLAIM form originally submitted to the courts on 10-13-2008, these funds were submitted to Cornerstone Ministries Investments, Inc. as part of an employee benefit plan and as such qualify as an UNSECURED PRIORITY CLAIM.

I am prepared to produce these documents for the courts review on the appointed date of September 14, 2010.

Thank you for your consideration,


Diane R. Moran
3283 Kimberly Woods Ct.
Lilburn, GA.  30047

## CERTIFICATE OF SERVICE

I, Diane R. Moran, certify under penalty of perjury that I am over the age of 18 and that on September 1, 2010 I filed this objection to the PLAN ADMINISTRATOR'S TENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER RECLASSIFYING AND DISALLOWING IN WHOLE OR IN PART THE CLAIMS LISTED IN EXHIBIT 'A' with the Clerk of Court pursuant to the direction enclosed in the NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIMS IDENTIFIED IN EXHIBIT 'A'. This objection was shipped on September 1, 2010 via FedEx Next Day delivery, shipping label attached.

Additionally, I herby certify that on September 2, 2010, copies of the foregoing were sent to Objector's Attorney, David J. Marmins at BALCH & BINGHAM LLP, 30 Ivan Allen Jr. Blvd, Suite 700, Atlanta, GA. 30308. These copies were couriered on September 2, 2010 via A Quick Delivery, shipping label attached.

Diane R. Moran
3283 Kimberly Woods Ct.
Lilburn, GA. 30047
Claim No. 1809

From: Origin ID: SSIA (404) 373-7370
Jim Moran
SGN+A
315 West Ponce de Leon Ave
Suite 755
Decatur, GA 30030


FedEx Express

Ship Date: 01SEP10
ActWgt: 0.3 LB
CAD: 4146487/INET3060

Delivery Address Bar Code



J10201006090225

SHIP TO: (678) 450-2700         BILL SENDER
**Clerk of the Court**
**US Bankruptcy Court**
**121 SPRING ST SE STE 120**

**GAINESVILLE, GA 30501**

Ref # Personal
Invoice #
PO #
Dept #



TRK# 7962 0610 4534
0201

TUE - 07 SEP   A4
EXPRESS SAVER

30501
GA-US

**37 TOCA**

ATL



588G3/9292/9A24

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| | | |
|---|---|---|
| SHIP DATE: | 9/2/2010 | **AQuickDelivery** |
| **FROM:** | SGN+A | |
| | 315 W Ponce de Leon Ave | |
| | Suite 755 | |
| | Decatur, GA  30030  USA | **1 Dec DT** |
| | | |
| **TO:** | Balch & Bingham LLP | |
| | David Marmins | |
| | 30 Ivan Allen Jr. Blvd. | |
| | Suite 700 | |
| | Atlanta, GA  30308  USA | **1 Midtown** |
| | (404) 261-6020 | |
| WEIGHT | 1 | |
| PIECES | 1 | |
| Reference | Personal | |
| DELIVER BY: | | DELIVERED BY: |
| SERVICE: | **Sameday** | AQuickDelivery |
| ORDER NUMBER: | 1214994 | (404) 888-9999 |



* 1 2 1 4 9 9 4 *