FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

SEP 03 2010 PM12:27

M. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

August 31, 2010

United States Bankruptcy Court
for the Northern District of Georgia
Gainesville Division
Courtroom 103
U.S. Courthouse
121 Spring Street S.E.
Gainesville, Georgia 30501

08-20355

Attention: Honorable Judge Brizendine

I am writing this letter to make my <u>written objection</u> to the Motions to settle claims against:
John T. Ottinger, Jrl, Julie Ottinger, Jack R. Wehmiller, and Jayme S. Sickert (Case 08-20355-reb, Doc 858-4); Berman, Hopkins, Wright & Laham, CPAs and Associates, LLP (Case 08-20355, Doc 857-3); Cornerstone Capital Advisors and Wellbrook Properties, Inc. (Case 08-20355-reb Doc 910-3); Robert Covington (Case 08-20355-reb, Doc 911-3), U further object to all motions filed on behalf of Plan Administrator Ronald Glass by David J. Marmins of Balch & Bingham, LLP. Copies enclosed

I invested $100,000 in Cornerstone Ministries, $20,000 of which was invested in Stocks and $80,000 was invested in their bonds. In order to save this money to invest I lived in my home in Minnesota for 25 years, made improvements to the home, paid off the mortgage, worked hard all those years raising four children, one of whom had cerebral palsy and who never walked, talked, fed herself and was diapered for 20 years, at which age she died.

When I sold the house I had $100,000 to invest. I chose Cornerstone Ministry to invest in for two reasons; I was retired and it paid high dividends to help pay my living expenses <u>and</u> I wanted to have my investment be socially important with eternal value, i.e. building day care centers, nursing and assisted living homes for the elderly, and building churches. The company had its history in this type of important work and so I placed my trust in them.

Where did I do wrong? The company suddenly stopped paying dividends. Then I was told they were applying for bankruptcy. For years I had no money or return on my money. But I was told there would be a settlement and I would get most or some of it returned to me. I have waited three years. Now I am barraged with legal documents saying that my claim to any refund of my money is to be denied if these legal petitions to the court are granted. Why?

I have all but given up hope of any justice in this whole situation. First, the board members of this "Christian" organization schemed and cheated the investors to enrich themselves. Second, I was told the company had enough equity to repay all the investors. Third, I was told the money I invested in their stocks, $20,000, was just <u>gone</u>.

But the money invested in bonds, $80,000, might be repaid in full or part. Fourth, a PAC? fund was set up to sue somebody? but I would have to give up all other claim to my money. I felt the only ones to gain would be the lawyers and I did not join (sign up). Fifth, I am now informed that the PAC fund is getting some money – the lawyers will get 20% of that and the bond holders who joined their lawsuit will get less than 10% of the 30% they are recovering. Sixth, now I receive these legal letters saying I will get nothing if you approve them.

"Christian" businessmen have cheated me and many others. I believe there will be a higher justice for their actions and decisions. The United States legal system is now being petitioned to fail to provide justice for the very people who have been wronged and who once believed in the concept of justice. I strongly object!

*Joan Havens-Kester*

Joan Havens-Kester
22326 Punta del Capo Court
Estero, Florida 33928

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

# PROOF OF CLAIM

**In re:** Cornerstone Ministries Investments, Inc.

**Case Number:** 08-20355-reb

NOTE: See Reverse for List of Debtors/Case Numbers/ Important details. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:** the person or other entity to who the debtor owes money or property

14327826001954

JOAN L HAVENS KESTER
TOD JILL L KESTER, ANDREW D KESTER,
JOHN H KESTER

Joan Havens Kester
22326 Punta Del Capo Ct.
Estero, FL 33928-8309

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address where payment should be sent (if different from above):

☐ Check this box if you are the debtor or trustee in this case.

Check here if this claim ☐ replaces   a previously filed claim dated: _____
                         or
                       ☐ amends   claim number (see reverse): _____

Payment Telephone Number ( )

**1. AMOUNT OF CLAIM AS OF DATE CASE FILED** $ _____

If all or part of your claim is secured, complete item 4c below; however, if all of your claim is unsecured, do not complete item 4c.

If all or part of your claim is entitled to priority, complete item 4b.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. BASIS FOR CLAIM:** BOND

**3. LAST FOUR DIGITS OF ANY NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 5420

3a. Debtor may have scheduled account as: _____

# cu

**4. CLASSIFICATION OF CLAIM.**

**4a. UNSECURED NONPRIORITY CLAIM** Total unsecured nonpriority claim: $ _____

DO NOT include the priority portion of your unsecured claim here.

**4b. UNSECURED PRIORITY CLAIM**

☐ Check this box ONLY if you have an unsecured claim, all or part of which is entitled to priority.

Total unsecured priority claim: $ _____

Include ONLY the priority portion of your unsecured claim here.

You MUST specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**4c. SECURED CLAIM** (See instruction #4c on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of set off and provide the requested information

Nature of property or right of setoff:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Total secured claim: $ _____
Value of Property: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

DO NOT include the priority or unsecured portion of your claim here.
Annual Interest Rate: _____ %
Basis for Perfection: _____

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** Attach redacted copies of supporting doc such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements. You may also attach a summary. Attach redacted copies of evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are not available, please explain.

**7. DATE-STAMPED COPY:** DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before the Bar date.

**THIS SPACE FOR COURT USE ONLY**

**BY MAIL TO:**
Cornerstone Ministries Investments, Inc.
c/o BMC Group
PO Box 900
El Segundo, CA 90245-0900

**BY HAND OR OVERNIGHT DELIVERY TO:**
Cornerstone Ministries Investments, Inc.
c/o BMC Group
1330 East Franklin Ave
El Segundo, CA 90245

**DATE** x 3/3/08

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

x Joan Havens-Kester      JOAN HAVENS-KESTER

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

*Bonds*

# CONFIRMATION OF PURCHASE

**Cornerstone Ministries Investments, Inc.**
2450 Atlanta Highway, Suite 903, Cumming, GA 30040
(678) 455-1100

### BOOK ENTRY

(Certificates are not issued, but entered as book entry at Transfer Online, Portland, Oregon)

Thanks for your partnership with us! Your investment is confirmed as follows:

**REGISTRATION:**

Joan L. Havens Kester
TOD: Jill Kester, Andrew Kester, John Kester
~~3250 Douglas Dr. #202~~    22326 PUNTA DEL CAPO CT.
~~Naples~~        ~~FL~~  ~~34105~~   ESTERO, FL. 33928

| AMOUNT: | ISSUE DATE: | MATURITY DATE: | CERTIFICATE #: |
|---|---|---|---|
| $80,000.00 | 5/5/2004 | 4/1/2009 | 5420 |

**TYPE OF CERTIFICATE:**

Rate:                   8.25%
Payment Schedule:       Monthly
Compounding Schedule:   None

**OTHER REMARKS:**
Wellstone-Sickert

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

**PROOF OF CLAIM**

In re: **Cornerstone Ministries Investments, Inc.**

Case Number: **08-20355-reb**

NOTE: See Reverse for List of Debtors/Case Numbers/ important details. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:** the person or other entity to who the debtor owes money or property

14327826001953

JOAN L HAVENS KESTER
TOD: JILL KESTER, ANDREW KESTER, JOHN KESTER
22326 PUNTA DEL CAPO CT # 101
ESTERO, FL 33928

Creditor Telephone Number ( )

Name and address where payment should be sent (if different from above):

Payment Telephone Number ( )

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

☐ Check this box if you are the debtor or trustee in this case.

Check here if this claim ☐ replaces  ☐ amends  a previously filed claim dated: _____  or  claim number (see reverse): _____

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**1. AMOUNT OF CLAIM AS OF DATE CASE FILED** $ 20,000.00

If all or part of your claim is secured, complete item 4c below; however, if all of your claim is unsecured, do not complete item 4c.
If all or part of your claim is entitled to priority, complete item 4b.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. BASIS FOR CLAIM:** STOCKS

**3. LAST FOUR DIGITS OF ANY NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 1068
3a. Debtor may have scheduled account as:

**4. CLASSIFICATION OF CLAIM.**
**4a. UNSECURED NONPRIORITY CLAIM** Total unsecured nonpriority claim: $ _____

**4b. UNSECURED PRIORITY CLAIM**
☐ Check this box ONLY if you have an unsecured claim, all or part of which is entitled to priority.
Total unsecured priority claim: $ _____

You MUST specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**4c. SECURED CLAIM** (See instruction #4c on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of set off and provide the requested information.
Nature of property or right of setoff:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Total secured claim: $ _____
Value of Property: $ _____     Annual Interest Rate: _____ %
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____  Basis for Perfection: _____

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach redacted copies of supporting doc* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements. You may also attach a summary. Attach redacted copies of evidence of perfection of a security interest. (See definition of "redacted" on reverse side.)    If the documents are not available, please explain.

**7. DATE-STAMPED COPY:**  DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before the Bar date.

**BY MAIL TO:**
Cornerstone Ministries Investments, Inc.
c/o BMC Group
PO Box 900
El Segundo, CA 90245-0900

**BY HAND OR OVERNIGHT DELIVERY TO:**
Cornerstone Ministries Investments, Inc.
c/o BMC Group
1330 East Franklin Ave
El Segundo, CA 90245

**DATE** 3/3/08

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Joan Havens-Kester*    JOAN HAVENS-KESTER

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

STOCK

# CONFIRMATION OF PURCHASE

**Cornerstone Ministries Investments, Inc.**
2450 Atlanta Highway, Suite 903, Cumming, GA 30040
(678) 455-1100

## BOOK ENTRY

(Certificates are not issued, but entered as book entry)

Thanks for your partnership with us! Your investment is confirmed as follows:

**REGISTRATION:**

Joan L. Havens Kester -TOD
Jill L. Kester, Andrew D. Kester, John H. Kester
~~3150 Douglas Drive~~  22326 PUNTA DEL CAPO CT.
~~#202~~          ESTERO, FL. 33928
~~Naples~~        ~~FL   34105~~

| AMOUNT: | ISSUE DATE: | # COMMON STOCK SHARES: | CERTIFICATE #: |
|---|---|---|---|
| $20,000.50 | 5/5/2004 | 3,077 | 1068 |

**TYPE OF CERTIFICATE:**

Purchase of Cornerstone Ministries Investments, Inc. Series E - Common Stock

**OTHER REMARKS:**
Wellstone - Sickert

*Called David Marmins
8/2/10 Mon. 11:55AM*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-20355-REB |
| CORNERSTONE MINISTRIES | ) |
| INVESTMENTS, INC., | ) CHAPTER 11 |
| | ) |
| Debtor. | ) JUDGE BRIZENDINE |

## NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST BERMAN, HOPKINS, WRIGHT & LAHAM, CPAs AND ASSOCIATES, LLP

Plan Administrator Ronald Glass (the "Plan Administrator"), by and through counsel, have filed papers on July 23, 2010 with the Court to obtain an order approving the Motion For Authority To Settle And Compromise Claims Against Berman, Hopkins, Wright & Laham, CPAs And Associates, LLP (the "Motion"). A copy of the Motion can be found at the Claim Agent's website, www.bmcgroup.com/cornerstoneministries, and is incorporated herein by reference. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must file an objection to the Motion on or before September 7, 2010. A hearing on the Motion is scheduled to be held on September 14, 2010, at 1:30 p.m., U. S. Bankruptcy Northern District of Georgia, Gainesville Division, Courtroom 103, U. S. Courthouse, 121 Spring Street, S.E., Gainesville, Georgia.

147992.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.08-20355-REB |
| CORNERSTONE MINISTRIES | ) | |
| INVESTMENTS, INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### NOTICE OF HEARING ON MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST ROBERT C. COVINGTON

Plan Administrator Ronald Glass (the "Plan Administrator"), by and through counsel, have filed papers on August 17, 2010 with the Court to obtain an order approving the MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST ROBERT C. COVINGTON (the "Motion"). A copy of the Motion can be found at the Claim Agent's website, www.bmcgroup.com/cornerstoneministries, and is incorporated herein by reference. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must file an objection to the Motion on or before September 7, 2010. A hearing on the Motion is scheduled to be held on September 14, 2010, at 1:30 p.m., U. S. Bankruptcy Northern District of Georgia, Gainesville Division, Courtroom 103, U. S. Courthouse, 121 Spring Street, S.E., Gainesville, Georgia.

148902.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.08-20355-REB |
| CORNERSTONE MINISTRIES | ) | |
| INVESTMENTS, INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE BRIZENDINE |

### NOTICE OF HEARING ON MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST CORNERSTONE CAPITAL ADVISORS, INC. AND WELLBROOK PROPERTIES, INC.

Plan Administrator Ronald Glass (the "Plan Administrator"), by and through counsel, have filed papers on August 17, 2010 with the Court to obtain an order approving the MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST CORNERSTONE CAPITAL ADVISORS, INC. AND WELLBROOK PROPERTIES, INC. (the "Motion"). A copy of the Motion can be found at the Claim Agent's website, www.bmcgroup.com/cornerstoneministries, and is incorporated herein by reference. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must file an objection to the Motion on or before September 7, 2010. A hearing on the Motion is scheduled to be held on September 14,

148893.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

In re:                                        )
                                              )    Case No.08-20355-REB
CORNERSTONE MINISTRIES                        )
INVESTMENTS, INC.,                            )    CHAPTER 11
                                              )
         Debtor.                              )    JUDGE BRIZENDINE

## NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR AUTHORITY TO SETTLE AND COMPROMISE CLAIMS AGAINST JOHN T. OTTINGER, JR., JULIE OTTINGER, JACK R. WEHMILLER, AND JAYME S. SICKERT

Plan Administrator Ronald Glass (the "Plan Administrator"), by and through counsel, have filed papers on July 23, 2010 with the Court to obtain an order approving the Motion For Authority To Settle And Compromise Claims Against John T. Ottinger, Jr., Julie Ottinger, Jack R. Wehmiller, and Jayme S. Sickert (the "Motion"). A copy of the Motion can be found at the Claim Agent's website, www.bmcgroup.com/cornerstoneministries, and is incorporated herein by reference. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must file an objection to the Motion on or before September 7, 2010. A hearing on the Motion is scheduled to be held on September 14, 2010, at 1:30 p.m., U. S. Bankruptcy Northern District of Georgia, Gainesville Division, Courtroom 103, U. S. Courthouse, 121 Spring Street, S.E., Gainesville, Georgia.

147992.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No.08-20355-REB |
| ) | |
| CORNERSTONE MINISTRIES ) | CHAPTER 11 |
| INVESTMENTS, INC., ) | |
| ) | JUDGE BRIZENDINE |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| PLAN ADMINISTRATOR RONALD ) | |
| GLASS, ) | |
| Objector. ) | |
| vs. ) | CONTESTED MATTER |
| ) | |
| DISALLOWING CLAIMS, see Exhibit "A", ) | |
| Claimants. ) | |

## NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIMS IDENTIFIED IN EXHIBIT "A" OF DEADLINE FOR FILING RESPONSE AND OF HEARING TO PLAN ADMINISTRATOR'S TWELFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING CLAIMS LISTED IN EXHIBIT "A"

**PLEASE TAKE NOTICE** that the Plan Administrator Ronald Glass (the "Plan Administrator") has filed Objections to the above-referenced claims listed in Exhibit "A" seeking an order granting its Twelfth Omnibus Objection to Disallow the Claims Listed in Exhibit "A."

148134.1

Courthouse, 121 Spring Street, S.E., Gainesville, Georgia, at 1:30 p. m on SEPTEMBER 14, 2010.

This 2nd day of August, 2010.

                                         s/ David J. Marmins
                                         David J. Marmins
                                         Georgia Bar No. 470630
                                         BALCH & BINGHAM LLP
                                         30 Ivan Allen Jr. Blvd., Suite 700
                                         Atlanta, Georgia 30308
                                         Telephone: (404) 261-6020
                                         Facsimile: (404) 261-3656

                                         *Attorney for Plan Administrator*
                                         *Glass Ratner*

148134.1                             2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08-20355-reb |
| CORNERSTONE MINISTRIES ) | |
| INVESTMENTS, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | JUDGE BRIZENDINE |

**NOTICE OF CONFIRMATION OF THE PLAN OF LIQUIDATION PROPOSED BY CORNERSTONE MINISTRIES INVESTMENTS, INC. AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

**PLEASE TAKE NOTICE** that on April 9, 2009, the United States Bankruptcy Court for the Northern District of Georgia entered the Order Confirming the Plan of Liquidation Proposed by Cornerstone Ministries Investments, Inc. and the Official Committee of Creditors Holding Unsecured Claims (the "Confirmation Order") (Docket No. 562). On the same date, the Court entered its Findings of Fact and Conclusions of Law related to the Plan (Docket No. 560).

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and Findings of Fact and Conclusions of Law are available for immediate review with the Clerk of Court, United States Bankruptcy Court, 121 Spring Street South East, Room 120, Gainesville, Georgia 30501, and are available for viewing and copying there during normal business hours. These documents will also be made available, free of charge, on a website maintained by the Debtor's Claims Agent, The BMC Group, Inc. (http://www.bmcgroup.com/cornerstoneministries).

**PLEASE TAKE FURTHER NOTICE** that the Plan shall not become effective and operative unless and until the Effective Date occurs. The Effective Date shall occur only after all of the conditions precedent set forth below have been met, unless otherwise waived by the Debtor and the Committee:

a. the Confirmation Order is not the subject of any stay or injunction; and

b. there is sufficient Cash to make the payments required to holders of Allowed Administrative Expense Claims, Allowed Priority Tax Claims, and Allowed Priority Non-Tax Claims.